IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE FELLMAN,<br><br>    Petitioner,<br><br>  v.<br><br>DAWN DAVISON,<br><br>    Respondent._____/ | No. C 10-01101 CRB<br><br>**JUDGMENT** |

Having granted Respondent's motion to dismiss, <u>see</u> dkt. 16, the Court hereby enters judgment for Respondent and against Petitioner

**IT IS SO ORDERED.**

Dated: June 23, 2011

                                         CHARLES R. BREYER
                                         UNITED STATES DISTRICT JUDGE