IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE FELLMAN,<br><br>        Petitioner,<br><br>  v.<br><br>DAWN DAVISON,<br><br>        Respondent.<br>_____/ | No. C 10-01101 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Petitioner Dianne Fellman moves pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a Notice of Appeal of this Court's June 22, 2011 Order (dkt. 16) granting Respondent's motion to dismiss her petition as "Second or successive." See dkt. 19. That motion is GRANTED. Petitioner has explained that the counsel who represented her before this Court will no longer represent her, and that new counsel, who will presumably represent her on appeal, is both on vacation and in need of time to review the case. See dkt. 18. For these reasons, and in light of the promptness with which Petitioner has brought this motion, an extension until October 1, 2011 appears appropriate. The motion is therefore GRANTED.

**IT IS SO ORDERED.**

Dated: July 22, 2011

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1101\order re extension.wpd